Filed 1/21/15  P. v. Namchek CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.111.5.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>SANDRA NAMCHEK,<br><br>    Defendant and Appellant. | 2d Crim. No. B257788<br>(Super. Ct. No. 2012016608)<br>(Ventura County) |

Sandra  Namchek appeals her conviction by plea to possession of methamphetamine (Health & Saf. Code, § 11377, subd. (a)) and identity theft (Pen. Code, § 530.5, subd. (c)(1)), entered after the trial court denied her motion to suppress evidence. (Pen. Code, § 1538.5.) The trial court suspended imposition of sentence and granted probation with 110 days in county jail.

We appointed counsel to represent appellant on this appeal.  After examination of the record, counsel filed an opening brief in which no issues were raised.

On October 24, 2014. we advised appellant that she had 30 days within which to personally submit any contentions or issues which she wished us to consider. We have received no response from appellant.

The preliminary hearing transcript reflects that the Port Hueneme Police responded to a domestic dispute call, conducted a probation search of appellant, and

found a $1,046.95 check in the name of Bradford Bumpus III and a Chase bank statement issued to Maria Garcia in appellant's bag. Appellant was carrying: a digital scale covered with narcotics residue; information about the Bumpus check, the bank routing number and account number, and the victim's home address; day planners and calendars with the personal information of two individuals; and access card information for five other individuals. ~(CT 41)~ Appellant was also carrying two glass pipes and a small plastic baggie of .66 grams of methamphetamine. The victim, Bradford Bumpus, advised a police detective that his rent check was stolen from the drop box at his apartment complex.

We have examined the entire record and are satisfied that appellant's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People* v. *Wende* (1979) 25 Cal.3d 436, 441; *People v. Kelly* (2006) 40 Cal.4th 106, 125-126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


YEGAN, J.

We concur:


GILBERT, P.J.


PERREN, J

2

Roger Lund, Judge

Superior Court County of Ventura

_____


California Appellate Project, under appointment by the Court of Appeal, Jonathan B. Steiner, Executive Director and Suzan E. Hier, Staff Attorney for Defendant and Appellant.


No appearance for Respondent.